# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Nos. 4: 23-CR-375-SRC <br> 4:20-CR-812-SRC |
| DERMAZ BROWN, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR A HEARING**

NOW COMES Defendant, DERMAZ BROWN, by and through counsel, Assistant Federal Public Defender Mohammed G. Ahmed, having been fully advised of his right to trial in case no. 4:23-cr-375-SRC and hereby states that he has reached an agreement with the Government and wishes to change his plea and dispose of this matter without a trial. Defendant, therefore, requests a change of plea hearing at the Court's earliest convenience. A copy of the agreed plea agreement will be provided to the Court in advance of the proposed change of plea hearing. Defendant also intends to not contest the alleged violations of the petition to revoke his supervised release in case no. 4:20-CR-812-SRC pursuant to the agreement between the parties.

Respectfully submitted,

/s/ Mohammed G. Ahmed
MOHAMMED G. AHMED
Assistant Federal Public Defender
Bar No. 6285612  IL
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255

1

Fax: (314) 421-3177
E-mail: Mohammed_Ahmed@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Nino Przulj, Assistant United States Attorney.

/s/ Mohammed G. Ahmed
MOHAMMED G. AHMED
Assistant Federal Public Defender